■ In the Matter of the CITY OF JAMESTOWN, Respondent, v. JAMES N. SFETKO et al., Appellants, et al., Defendants.— Motion granted and case added to February 1962 Calendar (order entered Feb. 13, 1962).

■ CLARA GINTNER, as Administratrix of the Estate of FRANCIS W. GINTNER, Deceased, Appellant, v. CITY OF BUFFALO et al., Respondents. VIOLA G. WESOLOWSKI, as Administratrix of the Estate of ANTHONY WESOLOWSKI, Deceased, Appellant, v. CITY OF BUFFALO et al., Respondents.— Motions to dismiss appeals denied. Appeals removed from February 1962 Term Calendar and placed on March 1962 Term Calendar. If respondents desire to file briefs, they must be filed on or before March 15, 1962. We do not pass on the validity of the alleged nullity of the notice under rule VII.

■ In the Matter of LOUIS DI PIRRO, Respondent, v. GERALDINE STIRLING, Appellant.— Motion granted to prosecute appeal on one original typewritten record and five typewritten copies of appellant's brief.

■ PETER R. STURNER et al., Appellants, v. LOUIS COOK et al., Respondents.— Motion to dismiss appeal denied on condition case is argued at March 1962 Term. If respondent desires to file a brief, it must be filed on or before March 15, 1962.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. MATTHEW CARNEY. (B) THE PEOPLE OF THE STATE OF NEW YORK v. WALTER EDWARDS. (C) THE PEOPLE OF THE STATE OF NEW YORK v. CLIFFORD THOMAS. (D) THE PEOPLE OF THE STATE OF NEW YORK v. JESSIE G. TISDALE.— [In each case] Motion granted and time for argument of appeal enlarged to include March 1962 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK MUOIO, ROSARIO CHIRICO, JOSEPH MARROW, JR., and CARMEN C. BONNANO, Appellants, v. ALBERT SKINNER, as Sheriff of the County of Monroe, Respondent.— Motions granted and stay continued pending hearing and determination of appeal; appeal set down for argument on Tuesday, February 20; typewritten briefs are to be filed on or before the day of argument.

■ ANNA GALBRAITH, as Administratrix of the Estate of JAMES F. GALBRAITH, Deceased, Respondent, v. JOHN B. DREW & SON, INC., et al., Appellants.— Motion to dismiss appeal denied, without prejudice to renew upon argument of the appeal. Motion for a stay granted, and stay continued pending hearing and determination of appeal, upon condition that typewritten records and briefs are filed on or before Tuesday, February 20, and case set down for argument on Wednesday, February 21. If appeal is not argued at this term, the stay is denied.

■ AUGUSTINE BABIN, Appellant, v. JOSEPH BABIN, Respondent.— Motion granted to prosecute appeals on one original typewritten record, five typewritten copies of appellant's brief; appeals dismissed unless records and briefs are filed and served on or before March 5, 1962.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDGAR J. DEWEY, Appellant.— Motion granted and time for argument of appeal enlarged to include May 1962 Term.

■ (A) CLIFFORD W. MORGAN, Respondent, v. STATE OF NEW YORK, Appellant. (B) In the Matter of the Accounting of MARIA J. MARRACINO et al., Respondents. JOSEPH FERRARO, Appellant. (C) TOMLINSON CONSTRUCTION CO., LTD., Respondent, v. STATE OF NEW York et al., Appellants. (D) ANTHONY RICOTTA, Respondent, v. STATE OF NEW YORK, Appellant (brief only). (E) HARRY S. ROHLOFF et al., Respondents, v. STANLEY S. LOMBARDO et al., Appellants. (F) HENRY SLOMA, Doing Business as SLOMA BLDG. CO., Respondent, v. JAMES G. DAVISON et al., Appellants. (G) MAJOR NEWSPAPER AGENCY, INC., Respondent, v. KATHLEEN S. BONNER, Appellant. (H) JOHN B. WAGNER, Appellant, v. OTIS ELEVATOR CO. et al., Respondents. (I) LEWIS STANTON, Respondent, v. HOLDER DRIV-UR-SELF, INC., Appellant.— [In each case] Appeal

dismissed unless records and briefs are filed and served on or before February 28, 1962.

■ (A) In the Matter of HERBERT SHAFER. (B) In the Matter of the BAPTIST TEMPLE et al., Respondents, v. F. ALTON FRASCH et al., Appellants. (C) In the Matter of WILLIAM A. WELSTED & SON. KRONENBERG'S, INC. (D) In the Matter of the Intermediate Accounting of SECURITY TRUST CO., as Trustee of Trust Executed by CHARLES M. THOMS and Others (8 Proceedings). (E) In the Matter of JOHN J. BELMONT, Respondent, v. H. ELIOT KAPLAN et al., as Commissioners of New York State Department of Civil Service, Appellants. (F) In the Matter of the Probate of the Will of GEORGE KLEIN, Deceased. — [In each case] Appeal dismissed unless records and briefs are filed and served on or before March 5, 1962.

■ MARSHALL F. DUNN et al., Respondents, v. NIAGARA PLASTIC MOLDS, INC., Appellant.— Motion for a stay denied.

■ DAVID J. ELMER, Appellant, v. JOHN B. BYRD et al., Respondents.— Motion to dismiss appeal denied.

■ EDWIN A. URBAN, Appellant, v. BETTY W. URBAN, Respondent.— Motion granted and order dismissing appeal vacated.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILBUR ANDERSON, Appellant.— Motion to dismiss appeal denied. Motion granted to appeal on original record, typed briefs; John J. Olszewski, Esq., assigned as counsel to conduct appeal, and time for argument of appeal enlarged to include March 1962 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT V. BOGAN, Appellant.— Motion granted and time for filing respondent's brief extended to March 5, 1962.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT V. BOGAN, Appellant.— Motion granted and appeal from order of Erie County Court entered September 22, 1961 granted.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GARY W. ODDY, Appellant..— Motion granted and time for argument of appeal enlarged to include March 1962 Term.

## (March 29, 1962)

(For balance of decisions of March 29, 1962, see *post*, pp. 991–996.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED McDONALD, Appellant.— Motion granted and time for argument of appeal enlarged to include May 1962 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR ROBINSON, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOHN CELESTE, Defendant.— Motion granted and Louis C. Zannieri, Esq. substituted as attorney for defendant in place and stead of Albert E. Hollis, Esq.

■ (A) CHURCHILL MOTOR, INC., Respondent, v. A. C. LOHMAN, INC., Appellant. (March 30, 1962, brief only.) (B) In the Matter of LEONARD J. HILL, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent. (April 11, 1962.) (C) In the Matter of LEO T. NOONAN, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent. (April 11, 1962.) — Motion granted to appeal on typed papers. (D) RUSHER FORD SALES, INC., Respondent, v. GLENS FALLS INSURANCE COMPANY, Appellant. (April 16, 1962.) (E) GEORGINE B. HAIRSTON, Respondent, v. RICHARD HAIR-